1  Edward W. Swanson SBN 159859
   SWANSON, McNAMARA & HALLER LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
   Attorney for JEREMY RAYMER
5

6              UNITED STATES DISTRICT COURT

7              NORTHERN DISTRICT OF CALIFORNIA

8

9  | UNITED STATES OF AMERICA, | Case No. CR 04-0309 CRB |
10 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |
11 | vs. | Date:      September 6, 2006 |
12 |  | Time:      2:15 p.m. |
   |  | Courtroom: The Hon. Charles R. Breyer |
13 | STEPHANIE SITKEWICH, RYAN NYBERG, JEREMY RAYMER, and GABRIEL PINAR, | |
14 |  | |
15 | Defendants. | |

16

17     Stephanie Sitkewich, Ryan Nyberg, Jeremy Raymer, and Gabriel Pinar are currently scheduled to

18 be sentenced by the Honorable Judge Charles R. Breyer on September 6, 2006.  In order to resolve issues

19 with Presentence Reports and to accommodate the schedules of counsel, the parties request that this

20 matter be continued until September 27, 2006, at 11:00 a.m.  U.S. Probation Officer Lynne Richards has

21 been informed of and has agreed to this continuance.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  THEREFORE, the parties stipulate and hereby agree that the matter should be continued for
2  sentencing as to the aforementioned defendants until September 27, 2006 at 11:00 a.m.

4  IT IS SO STIPULATED.

6  Date:    /s/
         COLIN L. COOPER
7        Cooper Law Office
         Attorney for Defendant STEPHANIE SITKEWICH

9  Date:    /s/
         STEVEN G. KALAR
10       Federal Public Defender's Office
         Attorney for Defendant RYAN NYBERG

12 Date:    /s/
         EDWARD W. SWANSON
13       Swanson, McNamara & Haller LLP
         Attorney for Defendant JEREMY RAYMER

15 Date:    /s/
         GEORGE G. WALKER
16       George G. Walker
         Attorney for Defendant GABRIEL PINAR

18 Date:    /s/
         CHRISTOPHER J. STESKAL
19       Assistant United States Attorney

21 **IT IS SO ORDERED.**

23 Date:   August 24, 2006
         _____
         CHARLES R. BREYER
         UNITED STATES DISTRICT COURT

*IT IS SO ORDERED.*
*Judge Charles R. Breyer*