COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
STEPHANIE SITKEWICH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 04-0309 CRB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING |
| vs. | ) | HEARING |
| | ) | |
| STEPHANIE SITKEWICH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      Defendants Stephanie Sitkewich and Gabriel Pinar, by and through their attorneys, Colin L. Cooper and George W. Walker, and the United States, by and through Assistant United States Attorney Christopher J. Steskal, hereby stipulate and agree to continue the sentencing hearing as to the aforementioned defendants from September 27, 2006, at 11:00 a.m. to November 15, 2006, 2:15 p.m. at ~~11:00 a.m~~., because Colin Cooper, counsel for Stephanie Sitkewich, will be in trial in Napa County beginning September 18, 2006 and continuing for approximately four to six weeks.

DATED: September 18, 2006        /s/ COLIN L. COOPER
                                                      Attorney for Defendant STEPHANIE SITKEWICH

DATED: September 18, 2006        /s/ GEORGE W. WALKER
                                                      Attorney for Defendant GABRIEL PINAR

DATED: September 18, 2006        /s/ CHRISTOPHER J. STESKAL
                                                      Assistant United States Attorney

**IT IS SO ORDERED**.

DATED: September 20, 2006

CHARLES R. BREYER
United States D...

*IT IS SO ORDERED*
*Judge Charles R. Breyer*